**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6071**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MARK WATKINS,

        Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:94-cr-00066-JPB-1)

Submitted:  January 7, 2026                    Decided:  February 23, 2026

Before WYNN, Circuit Judge, and TRAXLER and FLOYD, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Watkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Watkins appeals the district court's order denying his motion for sentence modification under 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and find no reversible error.  Accordingly, we deny his pending motion and affirm the district court's order.  *See United States v. Watkins,* No. 5:94-cr-00066-JPB-1 (N.D. W. Va. Jan. 6, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*